**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEFAN GEORGIEV PETRUNOV,

Plaintiff,

Case No.: 1:26-cv-01291

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | FuYangAoYingShangMao |
| 2 | tikomo |
| 3 | Maaticineen |
| 4 | 贫铭商贸 |
| 5 | linzhengzheng |
| 6 | LLIANHH |
| 7 | YangZiXuan2025 |
| 8 | DingYuTing |
| 9 | 范书柜收纳 |
| 10 | BBUAN |
| 11 | jishanxianbochaojianzhugongcheng |
| 12 | haiyangyuxiangshuichanyouxiangongsi |
| 13 | QuJingXuLiaoShangMao |
| 14 | PuYangCuiPingZhongZhiJia |
| 15 | zhshiun |
| 16 | XianNaChuanMuC |
| 17 | ShiChiSiWenSanaoYuXiaGongSi |
| 18 | 宠玩朱配 |
| 19 | 金华市淑徵服饰有限公司 |
| 20 | heyuanzhangmaifuzhuang |
| 21 | Jianming Wang xuxuanshangmao |

| | |
|---|---|
| 22 | ywyxgs |
| 23 | GuangZhouYiWuShangMao |
| 24 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 25 | Xian Sun |
| 26 | DaFengXinXingJianCai |
| 27 | HengYangXianZhaoWanShangMaoYouXianGong |
| 28 | huangxianxiangtt |
| 29 | 室外顶线科技 |
| 30 | kkanqix |
| 31 | luoheminfushangmaoyou |
| 32 | GUOZH |
| 33 | 文童衬垫 |
| 34 | ChengJiDianZiChanPin |
| 35 | TangYinXianZhongXinQiCheZuLinFuWu |
| 36 | ChenHongZhuangShiGongCheng |
| 37 | zhongshanshiyingxindadengshiy |
| 38 | zhongshanshijilingdouxinxikeji |
| 39 | Yishuizi Technology |
| 40 | AnZhenJianZhuGongCheng |
| 41 | Cao Home Decoration Store |
| 42 | Artist Metal Painting Shop |
| 43 | GZ Art |
| 44 | BOS IRONART |
| 45 | EPIFJGGN |
| 46 | MS Religious canvas |
| 47 | Jin Cheng Wu |
| 48 | PureTee |
| 49 | FZKJB SHOP |
| 50 | jieshigongyi |
| 51 | SUXIUGO |
| 52 | SPPsrseven |
| 53 | QHIFRBG |
| 54 | FFQGqiq |
| 55 | EJGFNG |
| 56 | HUHUWEI |
| 57 | KIKIDD |