**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STEFAN GEORGIEV PETRUNOV,

Plaintiff,

Case No.: 1:26-cv-01291

v.

Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the Defendant(s) identified on Schedule A of the Complaint:

| No. | Defendant |
|---|---|
| 3 | Maaticineen |
| 4 | 贫铭商贸 |
| 7 | YangZiXuan2025 |
| 11 | jishanxianbochaojianzhugongcheng |
| 14 | PuYangCuiPingZhongZhiJia |
| 22 | ywyxgs |
| 24 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 26 | DaFengXinXingJianCai |
| 29 | 室外顶线科技 |
| 32 | GUOZH |

| | |
|---|---|
| 35 | TangYinXianZhongXinQiCheZuLinFuWu |
| 37 | zhongshanshiyingxindadengshiy |
| 38 | zhongshanshijilingdouxinxikeji |
| 41 | Cao Home Decoration Store |
| 44 | BOS IRONART |
| 43 | GZ Art |
| 49 | FZKJB SHOP |

DATED: August 31, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt