# EXHIBIT A

| No. | Storefront (disclosed, verbatim) | Platform | Disclosed address (verbatim, original script) | Map and web search result (Aug. 11, 2026) | Address known? | Ground on which the address is not known |
|---|---|---|---|---|---|---|
| 1 | FuYangAoYingShangMao | Amazon | 颍州区; 万达华府 A2-9 号楼一单元 1001 室; 阜阳市; 安徽; 236000; CN | The location was only partially identified in gmaps. No baidu and amap result | No | Registered Address Unreliable (经营异常) + Entity Identity Ambiguity |
| 2 | tikomo | Amazon | 郧西县城关镇; 合和路 1 号双子楼(科创大厦)东楼 17 楼 1701 室-10054 工位; 十堰市; 湖北省; 442600; CN | The location was only partially identified in gmaps. In baidu, it leads on park. | No | Virtual/Cluster Registration Address |
| 6 | LLIANHH | Amazon | 淮上区; 中恒大厦 20 层 2010 号; 蚌埠市; 安徽; 233000; CN | Google result leads on two results. In baidu, it leads on commercial buildings | No | Registered Address Unreliable (经营异常) |
| 8 | DingYuTing | Amazon | 新华街道; 盈华街 2 号 404 房; 花都区; 广州市; 510813; CN | No web result. The location was only partially identified in gmaps. In baidu, it leads on different establishments | No | Entity Identity Ambiguity + Address Conflict |
| 9 | 范书柜收纳 | Amazon | 余庆县白泥镇经济开发区; 电子商务产业园 A 栋一楼 1-366; 遵义市; 贵州省; 564499; CN | The location was only partially identified in gmaps. In baidu, it leads on different establishments | No | Entity Cancelled (注销) |
| 10 | BBUAN | Amazon | 镇海街道天妃路正荣财富中心 D 栋 T65896; 莆田市; 荔城区; 福建省; 351100; CN | Google leads on plaza. In baidu, it leads on shopping center. | No | Address Conflict |
| 12 | haiyangyuxiangshuichanyouxiangongsi | Amazon | 天妃路 1688 号正荣财富中心 M 座 1446 室; 莆田市; 荔城区; 福建省; 351100; CN | No web result. The location was only partially identified in gmaps. In baidu, it leads on shopping center. | No | Address Conflict |
| 13 | QuJingXuLiaoShangMao | Amazon | 黄梅县经济开发区创业大道南侧智慧物流园; 数据中心一楼电商区 B00258; 黄冈市; 湖北; 435500; CN | The location was only partially identified in gmaps. In baidu, It leads on park | No | Virtual/Cluster Registration Address |

| No. | Storefront (disclosed, verbatim) | Platform | Disclosed address (verbatim, original script) | Map and web search result (Aug. 11, 2026) | Address known? | Ground on which the address is not known |
|---|---|---|---|---|---|---|
| 15 | zhshiun | Amazon | 宁城县; 天义镇打虎石路南鼎盛家园三期 11 号厅; 赤峰市; 内蒙古; 024000; CN | The location was only partially identified in gmaps. In baidu, It leads on residential area. | No | Entity Cancelled (注销) + verbatim unverifiable |
| 16 | XianNaChuanMuC | Amazon | 荥阳市; 城关乡宫寨村新融城科技有限公司 1 号; 郑州市; 河南省; 450199; CN | The location was only partially identified in gmaps. In baidu, it leads on different establishments | No | Address Occupied by Unrelated Business |
| 17 | ShiChiSiWenSanao YuXiaGongSi | Amazon | 郫都区; 花园镇共和村六组 75 号; 成都市; 四川; 610000; CN | Google Maps, The exact location could be located but it does not correspond to valid business or mailing addresses for the Defendant. In baidu, it leads on different establishments | No | Address Conflict |
| 18 | 宠玩朱配 | Amazon | 赤壁市; 赤壁市赤马港街道木田畈社区舒家村四组 139 号; 咸宁市; 湖北省; 437300; CN | The location was only partially identified in gmaps. In baidu, it leads on village and different establishments. | No | Entity Cancelled (注销) |
| 19 | 金华市淑徽服饰有限公司 | Amazon | 瑞安市; 碧山镇三樟村; 温州市; 浙江; 325000; CN | The location was only partially identified in gmaps. In baidu, it leads on village and schools. | No | Address Conflict |
| 20 | heyuanzhangmaifuz huang | Amazon | 镇海街道天妃路正荣财富中心 D 栋 2975; 莆田市; 荔城区; 福建省; 351100; CN | Google leads on plaza. In baidu, it leads on shopping center. | No | Entity Identity Ambiguity + Address Conflict |
| 21 | Jianming Wang xuxuanshangmao | Amazon | 佛新银元二街 230 号; 大朗镇; 东莞市; 广东; 523000; CN | Google Maps, The exact location could be located but it does not correspond to valid business or mailing addresses for the Defendant. In baidu, it leads on different establishments | No | Entity Identity Ambiguity + Address Conflict |
| 23 | GuangZhouYiWuSh angMao | Amazon | 拱辰街道富力尚悦居 10 号楼 1109; 莆田市; 荔城区; 福建省; 310000; CN | The location was only partially identified in gmaps. In baidu, it leads on different building in the same area. | No | Entity Identity Ambiguity + Address Conflict |

| No. | Storefront (disclosed, verbatim) | Platform | Disclosed address (verbatim, original script) | Map and web search result (Aug. 11, 2026) | Address known? | Ground on which the address is not known |
|---|---|---|---|---|---|---|
| 25 | Xian Sun | Amazon | 宜春南路 136 号 51 号楼润达百货 5 层 5288 室; 袁州区; 宜春市; 江西; 336000; CN | Google Maps, The exact location could be located but it does not correspond to valid business or mailing addresses for the Defendant. In baidu, it leads on departments stores. different establishments | No | Virtual/Cluster Registration Address |
| 27 | HengYangXianZhaoWanShangMaoYouXianGong | Amazon | 河北省廊坊市文安县滩里镇; 富管营村一街三巷五号; 廊坊市; 河北; 065000; CN | Google leads on hotel. In baidu, it leads on streets and different establishments | No | Address Conflict |
| 28 | huangxianxiangtt | Amazon | 增城区正果镇; 正果正中街 42 号; 广州市; 广东; 511300; CN | Google Maps, The exact location could be located but it does not correspond to valid business or mailing addresses for the Defendant. In baidu, it leads on different establishments | No | Entity Identity Ambiguity + Address Conflict |
| 30 | kkanqix | Amazon | 闻喜县后宫乡柏底村 15 号; 闻喜县后宫乡柏底村 15 号; 运城市; 山西; 043800; CN | The location was only partially identified in gmaps. In baidu, it leads on certain location. | No | Address Conflict / Vague Address |
| 31 | luoheminfushangmaoyou | Amazon | 经济技术开发区解放路与樟江路交叉口; 向西 380 米万邦国际农产品批发市场南 A1-6-7 号; 漯河市; 河南; 462000; CN | The location was only partially identified in gmaps.In baidu, it leads on village and different establishments. | No | Address Conflict |
| 33 | 文童衬垫 | Amazon | 合江镇三汇世家 10 号; 化州市; 茂名市; 广东省; 525141; CN | Google Maps, The exact location could be located but it does not correspond to valid business or mailing addresses for the Defendant. In baidu, it leads on different establishments | No | Entity Cancelled (注销) + Address Conflict |

| No. | Storefront (disclosed, verbatim) | Platform | Disclosed address (verbatim, original script) | Map and web search result (Aug. 11, 2026) | Address known? | Ground on which the address is not known |
|---|---|---|---|---|---|---|
| 34 | ChengJiDianZiChanPin | Amazon | 海港区建设大街街道; 建国路 88 号 504 号; 秦皇岛市; 河北; 066000; CN | Google Maps, The exact location could be located but it does not correspond to valid business or mailing addresses for the Defendant. In baidu, it leads on different establishments | No | Unverified Address |
| 36 | ChenHongZhuangShiGongCheng | Amazon | 镇海街道天妃路正荣财富中心 D 栋 k5001; 莆田市; 荔城区; 福建省; 351100; CN | Google maps leads on plaza. In baidu, it leads on shopping center. | No | Address Conflict / Entity Identity Ambiguity |
| 39 | Yishuizi Technology | Amazon | 荔园东路 1688 号正荣财富中心 W 座 1819; 莆田市; 荔城区; 福建省; 351100; CN | Google Maps, The exact location could be located but it does not correspond to valid business or mailing addresses for the Defendant. In baidu, it leads on plaza. | No | Address Conflict |
| 40 | AnZhenJianZhuGongCheng | Amazon | 增城区石滩镇白江村; 旧邨一巷 14 号; 广州市; 广东; 511300; CN | No google maps result. It leads on school and other establishments. | No | Entity Identity Ambiguity + Address Conflict |
| 42 | Artist Metal Painting Shop | Temu | No. 185-102, Weilishe, Huli District, Xiamen City (this address is only used as the address for delivery of legal documents of commercial entities); Huli District; 361006; Fujian Province, Xiamen City; China | No web result. The location was only partially identified. The map only resolved to district level. No baidu and amap result. | No | Unverified Address |
| 45 | EPIFJGGN | Temu | No. 185, Yanshou, Yanshou Village, Longgiao Street, Chengxiang; District, Putian City, Fujian Province; Chengxiang District; 351100; Fujian Province, Putian City; China | The location was only partially identified. The map only resolved to village level. No baidu and amap result. | No | Entity Cancelled (注销) + verbatim unverifiable |

| No. | Storefront (disclosed, verbatim) | Platform | Disclosed address (verbatim, original script) | Map and web search result (Aug. 11, 2026) | Address known? | Ground on which the address is not known |
|---|---|---|---|---|---|---|
| 46 | MS Religious canvas | Temu | No. 118, Fengcuo, Shanting Village, Shanting Town, Xiuyu District,; Putian City, Fujian Province; Xiuyu District; 351152; Fujian Province, Putian City; China | The location was only partially identified. The map only resolved to village level. No baidu and amap result. | No | Unverifiable Entity (garbled disclosure) |
| 47 | Jin Cheng Wu | Temu | No. 100, Shanggang, Gangli Village, Shanting Town, Xiuyu District,; Putian City, Fujian Province; Xiuyu District; 351152; Fujian Province, Putian City; China | The location was only partially identified. The map only resolved to village level. No baidu and amap result. | No | Address Conflict |
| 48 | PureTee | Temu | RM A07, 1701-02 NEW TREND CENTRE, 704 PRINCE EDWARD RD; EAST, SAN PO KONG HONG KONG; Wong Tai Sin District; 999077; Hong Kong Special Administrative Region, Kowloon; China | Google maps leads on shopping center. No baidu and amap result. | No | Address Conflict |
| 50 | jieshigongyi | Temu | No. 844, Tongxing Road, Shishi City, Fujian Province; Shishi; 362700; Fujian Province, Quanzhou City; China | The location was only partially identified. The map only resolved to road level. No baidu and amap result. | No | Unverifiable Entity (garbled disclosure) |
| 51 | SUXIUGO | Temu | Room 505, Building 2, Ziquetai, No. 1033, Tuanjie Road, Xialin Street, Chengxiang District, Putian City, Fujian Province Chengxiang District; 351100; Fujian Province, Putian City; China | The location was only partially identified. The map only resolved to district level. No baidu and amap result. | No | Address Conflict |

| No. | Storefront (disclosed, verbatim) | Platform | Disclosed address (verbatim, original script) | Map and web search result (Aug. 11, 2026) | Address known? | Ground on which the address is not known |
|---|---|---|---|---|---|---|
| 52 | SPPsrseven | Temu | Room 804, Building 3, No. 189, Liyuan Middle Road, Gongchen Street, Licheng District, Putian City, Fujian Province; Licheng District; 351100; Fujian Province, Putian City; China | Google Maps, The exact location could be located but it does not correspond to valid business or mailing addresses for the Defendant. No baidu and amap result. | No | Unverified Address |
| 53 | QHIFRBG | Temu | No. 183, Yanshou, Yanshou Village, Longqiao Street, Chengxiang District, Putian City, Fujian Province; Chengxiang District; 351100; Fujian Province, Putian City; China | The location was only partially identified. No baidu and amap result. | No | Address Conflict |
| 54 | FFQGqiq | Temu | No. 14, Xiguo, Shanting Village, Shanting Town, Meizhou Bay North Shore Economic Development Zone, Putian City, Fujian Province; Xiuyu District; 351152; Fujian Province, Putian City; China | The location was only partially identified. No baidu and amap result. | No | Entity Identity Ambiguity / Unverified Address |
| 55 | EJGFNG | Temu | No. 187, Yanshou Village, Longqiao Street, Chengxiang District,; Putian City, Fujian Province; Chengxiang District; 351100; Fujian Province, Putian City China | The location was only partially identified. No baidu and amap result. | No | Unverified Address |