# EXHIBIT B

## No. 1 — FuYangAoYingShangMao (Amazon)

Disclosed address: 颍州区; 万达华府 A2-9 号楼一单元 1001 室; 阜阳市; 安徽; 236000; CN




*Google web search of the disclosed address*




*Google Maps*



*Baidu Maps (百度地图)*

amazon Deliver to Sewickley 15143 All Search Amazon EN Hello, Account & Lists Returns & Orders 0
All Rufus Join Prime Amazon Haul Medical Care Luxury Pharmacy Today's Deals Amazon Basics Groceries Custom Products Buy Again Pet Supplies Browsing History Amazon Business Handmade Books

## FuYangAoYingShangMao

Visit the FuYangAoYingShangMao storefront

★★★☆☆ | 50% positive lifetime (2 total ratings)



WRUSHJY Retro Metal Tin Sign 8...

$13.48

Add to Cart

Protected by A-to-z Guarantee

### About Seller

FuYangAoYingShangMao is committed to providing each customer with the highest standard of customer service.

Have a question for FuYangAoYingShangMao?

Ask a question

### Reviews

★★★☆☆ 3 out of 5 Lifetime

2 ratings

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 50% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

FILTER BY

All stars

2 total ratings, 2 with feedback for Lifetime

★☆☆☆☆ "For the first time ever with Amazon I received an empty box."

By Patricia Dainoski on September 2, 2025.

★★★★★ "It was great"

By FLORIDA carpenter on July 24, 2025.

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** FuYangAoYingShangMaoYouXianGongSi

**Business Address:**

颍州区
万达华府A2-9号楼一单元1001室
阜阳市
安徽
236000
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



*Marketplace page from which the address was taken*

## No. 2 — tikomo (Amazon)

Disclosed address: 郧西县城关镇; 合和路 1 号双子楼(科创大厦)东楼 17 楼 1701 室-10054 工位; 十堰市; 湖北省; 442600; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Medical Care | Luxury | Pharmacy | Today's Deals | Amazon Basics | Groceries | Custom Products | Buy Again | Pet Supplies | Browsing History | Amazon Business | Handmade | Books

## tikomo

Visit the tikomo storefront

Just launched | No feedback yet



**Funny Tin Signs Vintage Adult Ne...**

$6.99

Add to Cart

Protected by A-to-z Guarantee

### About Seller

tikomo is committed to providing each customer with the highest standard of customer service.

**Have a question for tikomo?**

Ask a question

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** yunxixianjizhichenshangmaoyouxiangongsi

**Business Address:**

郧西县城关镇
合和路1号双子楼(科创大厦)东楼17楼1701室-10054工位
十堰市
湖北省
442600
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home



*Marketplace page from which the address was taken*

## No. 6 — LLIANHH (Amazon)

Disclosed address: 淮上区; 中恒大厦 20 层 2010 号; 蚌埠市; 安徽; 233000; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Medical Care | Luxury | Pharmacy | Today's Deals | Amazon Basics | Groceries | Custom Products | Buy Again | Pet Supplies | Browsing History | Amazon Business | Handmade | Books

## LLIANHH

Visit the LLIANHH storefront

67% positive lifetime (3 total ratings)



Retro Metal Tin Sign Never Under...

$9.89

Add to Cart

Protected by A-to-z Guarantee

### About Seller

LLIANHH is committed to providing each customer with the highest standard of customer service.

Have a question for LLIANHH?

Ask a question

### Reviews

3.7 out of 5

3 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 33% |

Learn more about how seller reviews work on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

3 total ratings, 3 with feedback for Lifetime

"I only left 1 star because I couldn't leave 0. This is nothing like the image. This fabric is just a picture of the item. Not a real door mat. This should b ill..."
Read more
By Rose on August 8, 2025.

"feels like it took forever to get, yet I love it."
By laura on August 6, 2025.

"I'm disappointed because instead of getting my diamond art on the 9th now I have to wait till the 15th to receive it. This was a big disappointment because I wa..."
Read more
By Kathy L. on July 10, 2025.

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** bengbulianjianqizhongdiaozhuangyouxiangongsi
**Business Address:**
淮上区
中恒大厦20层2010号
蚌埠市
安徽
233000
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



*Marketplace page from which the address was taken*

## No. 8 — DingYuTing (Amazon)

Disclosed address: 新华街道; 盈华街 2 号 404 房; 花都区; 广州市; 510813; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to [redacted] Sewickley 15143 All Search Amazon EN Hello, [redacted] Account & Lists Returns & Orders 0

All Rufus Join Prime Amazon Haul Medical Care Luxury Pharmacy Today's Deals Amazon Basics Groceries Custom Products Buy Again Pet Supplies Browsing History Amazon Business Handmade Books

## DingYuTing

Visit the DingYuTing storefront

Just launched | No feedback yet




Yelenacca Never Underestimate A...

$11.85

Add to Cart

Protected by A-to-z Guarantee

### About Seller

DingYuTing is committed to providing each customer with the highest standard of customer service.

Have a question for DingYuTing?

Ask a question

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** guangzhouhuxuanshangmaoyouxiangongsi

**Business Address:**

新华街道
盈华街2号404房
花都区
广州市
510813
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home



*Marketplace page from which the address was taken*

## No. 9 — 范书柜收纳 (Amazon)

Disclosed address: 余庆县白泥镇经济开发区; 电子商务产业园 A 栋一楼 1-366; 遵义市; 贵州省; 564499; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to [redacted] Sewickley 15143 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Medical Care | Luxury | Pharmacy | Today's Deals | Amazon Basics | Groceries | Custom Products | Buy Again | Pet Supplies | Browsing History | Amazon Business | Handmade

# 范书柜收纳

Visit the 范书柜收纳 storefront

Just launched | No feedback yet



Curteny Canvas Wall Art Home P...

$7.99

Add to Cart

Protected by A-to-z Guarantee

## About Seller

范书柜收纳 is committed to providing each customer with the highest standard of customer service.

Have a question for 范书柜收纳?

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** yuqingqinyanfanranshangmaoyouxiangongsi
**Business Address:**
娄桥街道万松花园203号
瓯海区
温州市
浙江省
325041
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management

Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data



*Marketplace page from which the address was taken*

## No. 10 — BBUAN (Amazon)

Disclosed address: 镇海街道天妃路正荣财富中心 D 栋 T65896; 莆田市; 荔城区; 福建省; 351100; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to [redacted] Sewickley 15143 All Search Amazon EN Hello, [redacted] Account & Lists Returns & Orders 0

All Rufus Join Prime Amazon Haul Medical Care Luxury Pharmacy Today's Deals Amazon Basics Groceries Custom Products Buy Again Pet Supplies Browsing History Amazon Business Handmade

# BBUAN

Visit the BBUAN storefront

Just launched | No feedback yet




Playing Golf Metal Tin Sign For M...

$4.99

Add to Cart

Protected by A-to-z Guarantee

## About Seller

BBUAN is committed to providing each customer with the highest standard of customer service.

Have a question for BBUAN?

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** binzhoujiubanshangmaoyouxiangongsi
**Business Address:**
山东省滨州市博兴县店子镇辛朱村136号
山东省滨州市博兴县店子镇辛朱村136号
滨州市
山东
256600
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data



*Marketplace page from which the address was taken*

## No. 12 — haiyangyuxiangshuichanyouxiangongsi (Amazon)

Disclosed address: 天妃路 1688 号正荣财富中心 M 座 1446 室; 莆田市; 荔城区; 福建省; 351100; CN




*Google web search of the disclosed address*




*Google Maps*



*Baidu Maps (百度地图)*

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury Stores | Amazon Home | Amazon Basics

# haiyangyuxiangshuichanyouxiangongsi

Visit the haiyangyuxiangshuichanyouxiangongsi storefront

Just launched | No feedback yet




**Retro Metal Tin Sign Never Under...**

$5.89

Add to Cart

Protected by A-to-z Guarantee

## About Seller

haiyangyuxiangshuichanyouxiangongsi is committed to providing each customer with the highest standard of customer service.

**Have a question for haiyangyuxiangshuichanyouxiangongsi?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** haiyangyuxiangshuichanyouxiangongsi
**Business Address:**
天妃路1688号正荣财富中心M座1446室
莆田市
荔城区
福建省
351100
CN

## Shipping Policies

## Other Policies

## Help



*Marketplace page from which the address was taken*

## No. 13 — QuJingXuLiaoShangMao (Amazon)

Disclosed address: 黄梅县经济开发区创业大道南侧智慧物流园; 数据中心一楼电商区 B00258; 黄冈市; 湖北; 435500; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** huanggangshiaoshupangshangmaoyouxiangongsi
**Business Address:**
黄梅县经济开发区创业大道南侧智慧物流园
数据中心一楼电商区B00258
黄冈市
湖北
435500
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help



*Marketplace page from which the address was taken*

## No. 15 — zhshiun (Amazon)

Disclosed address: 宁城县; 天义镇打虎石路南鼎盛家园三期 11 号厅; 赤峰市; 内蒙古; 024000; CN




*Google web search of the disclosed address*




*Google Maps*



*Baidu Maps (百度地图)*

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Books | Luxury Stores | Groceries | Amazon Basics | Customer Service | Thursday: Seahawks vs. Cardinals

## zhshiun

Visit the zhshiun storefront

Just launched | No feedback yet



Metal Sign A House is Not A Hom...

$6.99

Add to Cart

**About Seller**

zhshiun is committed to providing each customer with the highest standard of customer service.

**Have a question for zhshiun?**

Ask a question

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

**Business Name:** ningchengxianzemushangmaohang

**Business Address:**

宁城县
天义镇打虎石路南鼎盛家园三期11号厅
赤峰市
内蒙古
024000
CN

**Shipping Policies**

**Other Policies**

**Help**

**Products**

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed** Page 1 of 6



JUNEBRUSHS 28 pcs Camping Enamel Funny Outdoors Adventure... 121 Save 25% -25% $8.99 ($0.32/count) Typical: $11.99 Lowest price in 30 days Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon

Giegxin 40 Pcs Flower Enamel Pins for Backpacks Floral Lapel Pins Bulk Cute Wildflower Rose Spring Sunflower... 332 $14.99 Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon

SANNIX 60Pcs Breast Cancer Pins, Breast Cancer Awareness Lapel Pins Pink Ribbon Brooc... 332 #1 Best Seller $16.99 Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon

ROFARSO Sea Animal Enamel Lapel Pin Set Cartoon Marine Life Pin, Whale/Sea Turtle/Octopus/Hippoc... 40 $16.99 Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon

Landical 30 Pcs Cute Enamel Pins Bulk Plant Flowers Animal Halloween Black Cat Gothic Fall Pumpkins Spring Cartoon Lapel... 27 $11.99-$15.99

SINCCO 20/40/50 PCS Cute Enamel Pins Bulk, Funny Backpack Pins Aesthetic Lapel Badge... 251 Amazon's Choice $9.99 Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon

SINCCO 20/40/50 PCS Cute Enamel Backpack Pins, Funny Enamel Pins Bulk Set Cool Button Pins Aesthetic Brooch Lapel... 782 #1 Best Seller $9.99-$27.99

Sea Animal Brooch Cute Octopus Shar Jellyfish Shark Wh Seahorses Brooch Badge Creative Ma 3 $7.90 Get it as soon as Mon 29 FREE Shipping on ord $35 shipped by Amaz

**Amazon Devices for you**



*Marketplace page from which the address was taken*

**No. 16 — XianNaChuanMuC (Amazon)**

Disclosed address: 荥阳市; 城关乡宫寨村新融城科技有限公司 1 号; 郑州市; 河南省; 450199; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to OO Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Amazon Home | Amazon Basics | Best Sellers | Groceries | Livestreams | Prime Big Deal Days is October 7-8

## XianNaChuanMuC

Visit the XianNaChuanMuC storefront

67% positive lifetime (3 total ratings)



Never Underestimate A Lady Wh...

$7.99

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

### About Seller

XianNaChuanMuC is committed to providing each customer with the highest standard of customer service.

**Have a question for XianNaChuanMuC?**

Ask a question

### Reviews

3.7 out of 5

3 ratings

Lifetime

| | |
|---|---|
| 5 star | 67% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 33% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

3 total ratings, 3 with feedback for Lifetime

"The item arrived damaged, it was bent into almost an "S" shape. the shipping packaging needs to be better to assure no damage to the item."

By Michael J. Bonfante on September 1, 2025.

"delivered promptly and in good condition"

By Gerry Walter on July 7, 2025.

"Took me forever to find it"

By Paul Kason Atwell on June 19, 2025.

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** zhengzhouqijingwuliuyunshuyouxiangongsi
**Business Address:**
荥阳市
城关乡宫寨村新融城科技有限公司1号
郑州市
河南省
450199
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies



*Marketplace page from which the address was taken*

## No. 17 — ShiChiSiWenSanaoYuXiaGongSi (Amazon)

Disclosed address: 郫都区; 花园镇共和村六组 75 号; 成都市; 四川; 610000; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to OO Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Amazon Home | Amazon Basics | Best Sellers | Groceries | Livestreams | Prime Big Deal Days is October 7-8

## ShiChiSiWenSanaoYuXiaGongSi

Visit the ShiChiSiWenSanaoYuXiaGongSi storefront

0% positive lifetime (4 total ratings)



Never Underestimate A Lady Wh...

$7.99

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

### About Seller

ShiChiSiWenSanaoYuXiaGongSi is committed to providing each customer with the highest standard of customer service.

**Have a question for ShiChiSiWenSanaoYuXiaGongSi?**

Ask a question

### Reviews

1 out of 5

4 ratings

Lifetime

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 100% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

4 total ratings, 4 with feedback for Lifetime

"I ordered this July 23 and I have not received it yet. There's always a message saying my order has been delayed. I want a refund!"

By Amazon Customer on August 29, 2025.

"Have not received item. Where is my pacage?"

By Amazon Customer on March 28, 2025.

"please send package, it has been a long wait."

By JoAnn L Buck on March 28, 2025.

"Not a real, Aimee Stewart puzzles. Very tiny disappointed."

By Joann Hernandez on March 25, 2025.

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** GuangShuiShiChiSiWenShangMaoYouXianGongSi
**Business Address:**
郫都区
花园镇共和村六组75号
成都市
四川
610000
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders



*Marketplace page from which the address was taken*

## No. 18 — 宠玩朱配 (Amazon)

Disclosed address: 赤壁市; 赤壁市赤马港街道木田畈社区舒家村四组 139 号; 咸宁市; 湖北省; 437300; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to O-O Chicago 60604 | All | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Prime Big Deal Days is October 7-8

# 宠玩朱配

Visit the 宠玩朱配 storefront

Just launched | No feedback yet




**Retro Metal Tin Sign Never Under...**

$7.99

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller.

Read more

## About Seller

宠玩朱配 is committed to providing each customer with the highest standard of customer service.

**Have a question for 宠玩朱配?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** chibishifeixihuidianzishangwuyouxiangongsi
**Business Address:**
赤壁市
赤壁市赤马港街道木田畈社区舒家村四组139号
咸宁市
湖北省
437300
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback



*Marketplace page from which the address was taken*

## No. 19 — 金华市淑徽服饰有限公司 (Amazon)

Disclosed address: 瑞安市; 碧山镇三樟村; 温州市; 浙江; 325000; CN




*Google web search of the disclosed address*




*Google Maps*



*Baidu Maps (百度地图)*

29/09/2025, 11:42 Amazon.com Seller Profile: 金华市溆徵服饰有限公司

amazon Deliver to O-O Chicago 60604 | All | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Amazon Basics | Buy Again | Pet Supplies | Browsing History | Books | Prime Big Deal Days is October 7-8

# 金华市溆徵服饰有限公司

Visit the 金华市溆徵服饰有限公司 storefront

33% positive lifetime (3 total ratings)




Yelenacca Never Underestimate A...

$8.99

Add to Cart

Protected by A-to-z Guarantee The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

金华市溆徵服饰有限公司 is committed to providing each customer with the highest standard of customer service.

Have a question for 金华市溆徵服饰有限公司?

Ask a question

## Reviews

2.3 out of 5

3 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 33% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 67% |

Learn more about how seller reviews work on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

3 total ratings, 3 with feedback for Lifetime

"Never received product. Please credit my account."

By Amazon Customer on August 27, 2025.

"No problems."

By Walter Mazil on July 19, 2025.

"The sign came but WITHOUT the Stake! Please reply and sned the stake or I will have to ask for refund. I NEED THE PROMISED ADVERTISED STAKE PLEASE!"

By Larry Z on June 30, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** jinhuashishuzhengfushiyouxiangongsi
**Business Address:**
瑞安市
碧山镇三樟村
温州市
浙江
325000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You
Careers | Sell on Amazon | Amazon Visa | Your Account

https://www.amazon.com/sp?ie=UTF8&seller=A2GUF5EHORCJ4J&asin=B0FBX4QSGF&ref_=dp_merchant_link 1/2

*Marketplace page from which the address was taken*

## No. 20 — heyuanzhangmaifuzhuang (Amazon)

Disclosed address: 镇海街道天妃路正荣财富中心 D 栋 2975; 莆田市; 荔城区; 福建省; 351100; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Amazon Basics | Customer Service | New Releases | Buy Again | prime THURSDAY NIGHT FOOTBALL 35 : 49 : 14

## heyuanzhangmaifuzhuang

Visit the heyuanzhangmaifuzhuang storefront

★★½☆☆ | **31% positive** lifetime (13 total ratings)



**Vintage Metal Tin Sign Never Un...**

$9.99

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

### About Seller

heyuanzhangmaifuzhuang is committed to providing each customer with the highest standard of customer service.

**Have a question for heyuanzhangmaifuzhuang?**

Ask a question

### Reviews

★★½☆☆ 2.4 out of 5 | Lifetime

13 ratings

| | |
|---|---|
| 5 star | 31% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 15% |
| 1 star | 54% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

13 total ratings, 13 with feedback for Lifetime

★☆☆☆☆ "Package is apparently lost in transit and the shipping date keeps changing.. highly recommend not buying"

By Amazon Customer on May 25, 2025.

★☆☆☆☆ "It's not a door mat. It's a picture of a doormat blown up and put on a piece of cloth."

By Amazon Customer on April 30, 2025.

★★★★★ "This is a very cute item. Love it."

By Amazon Customer on September 28, 2024.

★★★★★ "This rug is really soft and very vibrant colors, prefect for fall decor. I highly recommend this item."

By Donna Moore on September 20, 2024.

★☆☆☆☆ "I ordered this item over 2 months ago and still have not received it. The only "update" is that the package is "running late"."

By Molly Stapelman on August 7, 2024.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** guangzhoufumaishangmaoyouxiangongsi

**Business Address:**

镇海街道天妃路正荣财富中心D栋2975
莆田市
荔城区
福建省
351100
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

**Inspired by your browsing history**



*Marketplace page from which the address was taken*

## No. 21 — Jianming Wang xuxuanshangmao (Amazon)

Disclosed address: 佛新银元二街 230 号; 大朗镇; 东莞市; 广东; 523000; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Medical Care | Luxury | Pharmacy | Today's Deals | Amazon Basics | Groceries | Custom Products | Buy Again | Pet Supplies | Browsing History | Amazon Business | Handmade | Books

## Jianming Wang xuxuanshangmao

Visit the Jianming Wang xuxuanshangmao storefront

Just launched | No feedback yet



**Golf Sports Wall Art Golf Life Les...**

$19⁹⁰

Add to Cart

Protected by A-to-z Guarantee

### About Seller

Jianming Wang xuxuanshangmao is committed to providing each customer with the highest standard of customer service.

Have a question for Jianming Wang xuxuanshangmao?

Ask a question

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** guangzhouxuxuanshangmaoyouxiangongsi
**Business Address:**
佛新银元二街230号
大朗镇
东莞市
广东
523000
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon | English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |



*Marketplace page from which the address was taken*

**No. 23 — GuangZhouYiWuShangMao (Amazon)**

Disclosed address: 拱辰街道富力尚悦居 10 号楼 1109; 莆田市; 荔城区; 福建省; 310000; CN



*Google web search of the disclosed address*



*Google Maps*



*Baidu Maps (百度地图)*

amazon Deliver to OO Fort Laud... 33308 All Search Amazon EN Hello, OO Account & Lists Returns & Orders 1 Cart

All Rufus Join Prime Amazon Haul Early Prime Deals Books Same-Day Delivery Medical Care Prime Video prime THURSDAY NIGHT FOOTBALL 35:55:53

Subtotal $11.85 Go to Cart



$11.85 1

# GuangZhouYiWuShangMao

Visit the GuangZhouYiWuShangMao storefront

★★★★★ 100% positive lifetime (4 total ratings)



Yelenacca Never Underestimate A...

$11.85

Add to Cart

Protected by A-to-z Guarantee The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

GuangZhouYiWuShangMao is committed to providing each customer with the highest standard of customer service.

Have a question for GuangZhouYiWuShangMao?

Ask a question

## Reviews

★★★★★ 5 out of 5

4 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

4 total ratings, 4 with feedback for Lifetime

★★★★★ "delivery was awesome"
By nice delivery on June 4, 2025.

★★★★★ "Item as described"
By Tracey on March 8, 2025.

★★★★★ "Really cute"
By R. Taylor on February 27, 2025.

★★★★★ "order received as expected."
By JDW on December 26, 2024.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** GuangZhouYiWuShangMaoYouXianGongSi
**Business Address:**
拱辰街道富力尚悦居10号楼1109
莆田市
荔城区
福建省
310000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback



*Marketplace page from which the address was taken*

## No. 25 — Xian Sun (Amazon)

Disclosed address: 宜春南路 136 号 51 号楼润达百货 5 层 5288 室; 袁州区; 宜春市; 江西; 336000; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to O-O Chicago 60604 | All | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Prime Big Deal Days is October 7-8

# Xian Sun

Visit the Xian Sun storefront

Just launched | No feedback yet



**Golf Sports Wall Art Golf Life Les...**

$19^{90}

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller.

Read more

## About Seller

Xian Sun is committed to providing each customer with the highest standard of customer service.

**Have a question for Xian Sun?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** yichunyuxiqishangmaoyouxiangongsi
**Business Address:**
宜春南路136号51号楼润达百货5层5288室
袁州区
宜春市
江西
336000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback



*Marketplace page from which the address was taken*

## No. 27 — HengYangXianZhaoWanShangMaoYouXianGong (Amazon)

Disclosed address: 河北省廊坊市文安县滩里镇; 富管营村一街三巷五号; 廊坊市; 河北; 065000; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Medical Care | Luxury | Pharmacy | Today's Deals | Amazon Basics | Groceries | Custom Products | Buy Again | Pet Supplies | Browsing History | Amazon Business | Handmade | Books

## HengYangXianZhaoWanShangMaoYouXianGong

Visit the HengYangXianZhaoWanShangMaoYouXianGong storefront

8% positive in the last 12 months (13 ratings)



**Adults Wooden Jigsaw Puzzle Ne...**

$18.99

Add to Cart

Protected by A-to-z Guarantee

### About Seller

HengYangXianZhaoWanShangMaoYouXianGong is committed to providing each customer with the highest standard of customer service.

Have a question for HengYangXianZhaoWanShangMaoYouXianGong?

Ask a question

### Reviews

1.5 out of 5

13 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 8% |
| 4 star | | 0% |
| 3 star | | 8% |
| 2 star | | 0% |
| 1 star | | 85% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

FILTER BY

All stars

13 total ratings, 13 with feedback for 12 months

"Why is this package trying to deliver to North Carolina? When I clearly live in Texas! Refund my money asap!"
By John OToole on September 2, 2025.

"Product not delivered to my house"
By Keith on September 2, 2025.

"Item never arrived."
By Burtie on September 2, 2025.

"No happy at all. This never arrived and my husband loved it so I ordered it and it never arrived"
By Jennifer on September 2, 2025.

"It's on Hold If you can't send CANCEL"
By Pamela Baker on September 2, 2025.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** HengYangXianZhaoWanShangMaoYouXianGongSi
**Business Address:**
河北省廊坊市文安县滩里镇
富管营村一街三巷五号
廊坊市
河北
065000
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements



*Marketplace page from which the address was taken*

## No. 28 — huangxianxiangtt (Amazon)

Disclosed address: 增城区正果镇; 正果正中街 42 号; 广州市; 广东; 511300; CN




*Google web search of the disclosed address*




*Google Maps*



*Baidu Maps (百度地图)*

amazon Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Medical Care | Luxury | Pharmacy | Today's Deals | Amazon Basics | Groceries | Custom Products | Buy Again | Pet Supplies | Browsing History | Amazon Business | Handmade | Books

## huangxianxiangtt

Visit the huangxianxiangtt storefront

Just launched | No feedback yet



Adults Kids 1000 Pieces Wooden ...

$25.89

Add to Cart

Protected by A-to-z Guarantee

### About Seller

huangxianxiangtt is committed to providing each customer with the highest standard of customer service.

Have a question for huangxianxiangtt?

Ask a question

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** guangzhouxiangxianshangmaoyouxiangongsi

**Business Address:**

阳西县
织篢镇华昌一街21号
阳江市
广东
529500
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home



*Marketplace page from which the address was taken*

## No. 30 — kkanqix (Amazon)

Disclosed address: 闻喜县后宫乡柏底村 15 号; 闻喜县后宫乡柏底村 15 号; 运城市; 山西; 043800; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Same-Day Delivery | Medical Care | Luxury Stores | Pet Supplies | Today's Deals | Buy Again | Household, Health & Baby Care | Pharmacy | Amazon Home | Books | prime THURSDAY NIGHT FOOTBALL | 17 : 31 : 07

## kkanqix

Visit the kkanqix storefront

Just launched | No feedback yet

### About Seller

kkanqix is committed to providing each customer with the highest standard of customer service.

Have a question for kkanqix?

Ask a question

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** wenxixianyongxizhongzhiyangzhichanggerenduzi

**Business Address:**

闻喜县后宫乡柏底村15号
闻喜县后宫乡柏底村15号
运城市
山西
043800
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed** — Page 1 of 9



Ghroiep 2 Piece Sunflower Kitchen Decor Rugs Set, Farmhouse Country Kitchen Rugs and Mats Non Skid Washabl… 817 Amazon's Choice $23.99 FREE Shipping on orders over $35 shipped by Amazon




Breeds of Chickens Poster Vintage Metal Tin Signs Coffee Shop Rooster Iron Painting Retro Novelty Funny Bar Pub Restaura… 225 $9.99 Get it as soon as Tuesday, Sep 16 FREE Shipping on orders over $35 shipped by Amazon



8 Pack Chicken Coop Accessories, Funny Chicken Coop Metal Signs Outdoor Chicken Decor Chickens Farm… 247 Amazon's Choice $29.99 FREE Shipping on orders over $35 shipped by Amazon




Bigtime Signs Fluffy Butt Hut Chicken Coop Sign - Funny Hen Decor for Yard or Barn - 12" x 11" PVC - Weatherproof and Lightweight Farmhouse… 2,206 -46% $6.99 List: $12.99 FREE Shipping on orders over $35 shipped by Amazon




Smilelife Funny Chicken Gifts Chicken Cluck Around and Find Out Tin Sign for Home Farm… 1,012 Amazon's Choice $9.99 Get it as soon as Tuesday, Sep 16 FREE Shipping on orders over $35 shipped by Amazon




Crazysign Chiken Gifts Vintage Chicken Decor Sign Live Like Someone Left The Gate Open Tin Sign for Home Chicken… 427 Amazon's Choice $9.99 FREE Shipping on orders over $35 shipped by Amazon

**Top picks for you**

*Marketplace page from which the address was taken*

## No. 31 — luoheminfushangmaoyou (Amazon)

Disclosed address: 经济技术开发区解放路与樟江路交叉口; 向西 380 米万邦国际农产品批发市场南 A1-6-7 号; 漯河市; 河南; 462000; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Books | Luxury Stores | Groceries | Amazon Basics | Customer Service | Thursday: Seahawks vs. Cardinals

## luoheminfushangmaoyou

Visit the luoheminfushangmaoyou storefront

Just launched | No feedback yet



Adults Wooden Jigsaw Puzzle Ne...

$19.99

Add to Cart

### About Seller

luoheminfushangmaoyou is committed to providing each customer with the highest standard of customer service.

Have a question for luoheminfushangmaoyou?

Ask a question

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** luoheminfushangmaoyouxiangongsi

**Business Address:**

经济技术开发区解放路与樟江路交叉口
向西380米万邦国际农产品批发市场南A1-6-7号
漯河市
河南
462000
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

### Customers who viewed items in your browsing history also viewed



JUNEBRUSHS 28 pcs Camping Enamel Funny Outdoors Adventure... 121 Save 25% -25% $8.99 ($0.32/count) Typical: $11.99 Lowest price in 30 days Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon



Giegxin 40 Pcs Flower Enamel Pins for Backpacks Floral Lapel Pins Bulk Cute Wildflower Rose Spring Sunflower... 332 $14.99 Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon



SANNIX 60Pcs Breast Cancer Pins, Breast Cancer Awareness Lapel Pins Pink Ribbon Brooc... 332 #1 Best Seller $16.99 Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon



ROFARSO Sea Animal Enamel Lapel Pin Set Cartoon Marine Life Pin, Whale/Sea Turtle/Octopus/Hippoc... 40 $16.99 Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon



Landical 30 Pcs Cute Enamel Pins Bulk Plant Flowers Animal Halloween Black Cat Gothic Fall Pumpkins Spring Cartoon Lapel... 27 $11.99-$15.99



SINCCO 20/40/50 PCS Cute Enamel Pins Bulk, Funny Backpack Pins Aesthetic Lapel Badge... 251 Amazon's Choice $9.99 Get it as soon as Monday, Sep 29 FREE Shipping on orders over $35 shipped by Amazon

### Amazon Devices for you



*Marketplace page from which the address was taken*

## No. 33 — 文童衬垫 (Amazon)

Disclosed address: 合江镇三汇世家 10 号; 化州市; 茂名市; 广东省; 525141; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to O Sewickley 15143 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Holiday Deals | Medical Care | Amazon Basics | Customer Service | VS | LIVE NOW

# 文童衬垫

Visit the 文童衬垫 storefront

Just launched | No feedback yet




**Curteny Vintage Metal Tin Sign N...**

$5[98]

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

文童衬垫 is committed to providing each customer with the highest standard of customer service.

**Have a question for 文童衬垫?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** chibishiyashimaokejiyouxiangongsi
**Business Address:**
合江镇三汇世家10号
化州市
茂名市
广东省
525141
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**



*Marketplace page from which the address was taken*

## No. 34 — ChengJiDianZiChanPin (Amazon)

Disclosed address: 海港区建设大街街道; 建国路 88 号 504 号; 秦皇岛市; 河北; 066000; CN




*Google web search of the disclosed address*




*Google Maps*




Baidu Maps (百度地图)

amazon Deliver to Sewickley 15143 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Medical Care | Luxury | Pharmacy | Today's Deals | Amazon Basics | Groceries | Custom Products | Buy Again | Pet Supplies | Browsing History | Amazon Business | Handmade | Books

## ChengJiDianZiChanPin

Visit the ChengJiDianZiChanPin storefront

Just launched | No feedback yet



Curteny Vintage Metal Tin Sign N...

$5.98

Add to Cart

Protected by A-to-z Guarantee

### About Seller

ChengJiDianZiChanPin is committed to providing each customer with the highest standard of customer service.

Have a question for ChengJiDianZiChanPin?

Ask a question

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** QinHuangDaoChengJiShangMaoYouXianGongSi

**Business Address:**

辽宁省抚顺市东洲区东洲大街
好运角小区六号楼四单元601室
抚顺市
辽宁
113000
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home



*Marketplace page from which the address was taken*

## No. 36 — ChenHongZhuangShiGongCheng (Amazon)

Disclosed address: 镇海街道天妃路正荣财富中心 D 栋 k5001; 莆田市; 荔城区; 福建省; 351100; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to Sewickley 15143 All Search Amazon EN Hello, Account & Lists Returns & Orders 0
All Rufus Join Prime Amazon Haul Medical Care Luxury Pharmacy Today's Deals Amazon Basics Groceries Custom Products Buy Again Pet Supplies Browsing History Amazon Business Handmade Books

## ChenHongZhuangShiGongCheng

Visit the ChenHongZhuangShiGongCheng storefront

★★★★☆ | 100% positive lifetime (1 total ratings)



Vintage Aluminum Sign Metal Po...
$6.99
Add to Cart
Protected by A-to-z Guarantee

### About Seller

ChenHongZhuangShiGongCheng is committed to providing each customer with the highest standard of customer service.

Have a question for ChenHongZhuangShiGongCheng?

Ask a question

### Reviews

★★★★☆ 4 out of 5
1 ratings
Lifetime

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 100% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

1 total ratings, 1 with feedback for Lifetime

★★★★☆ "Quality product as advertised & on time delivery."
By Travis299 on April 9, 2025.

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** JiNingChenHongZhuangShiGongChengYouXianGongSi
**Business Address:**
镇海街道天妃路正荣财富中心F栋59562
莆田市
荔城区
福建省
351100
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



*Marketplace page from which the address was taken*

## No. 39 — Yishuizi Technology (Amazon)

Disclosed address: 荔园东路 1688 号正荣财富中心 W 座 1819; 莆田市; 荔城区; 福建省; 351100; CN




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

amazon Deliver to O Chicago 60604 All Search Amazon EN Hello, O Account & Lists Returns & Orders 0
All Rufus Join Prime Same-Day Delivery Medical Care Luxury Stores Pet Supplies Today's Deals Buy Again Household, Health & Baby Care Pharmacy Amazon Home Books prime THURSDAY NIGHT FOOTBALL 17:37:15

**About Seller**

Have a question for Yishuizi Technology?

## Yishuizi Technology

Visit the Yishuizi Technology storefront

★☆☆☆☆ | 0% positive lifetime (1 total ratings)

★☆☆☆☆ 1 out of 5 Lifetime
1 ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 100% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

FILTER BY

All stars

1 total ratings, 1 with feedback for Lifetime

★☆☆☆☆ "Never arrived"

By Amazon Customer on July 4, 2025.

**Return & Refund Policies**

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

**Amazon's A-to-z Guarantee**

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

**Business Name:** foshanshiyishuizikejiyouxiangongsi
**Business Address:**
江西省,宜春市,宜丰县
九岭阳光6栋一单元101室
宜春市
江西
336000
CN

**Shipping Policies**

**Other Policies**

**Help**

**Products**

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**

*Marketplace page from which the address was taken*

## No. 40 — AnZhenJianZhuGongCheng (Amazon)

Disclosed address: 增城区石滩镇白江村; 旧邨一巷 14 号; 广州市; 广东; 511300; CN




*Google web search of the disclosed address*




*Google Maps*



Baidu Maps (百度地图)

amazon prime | Deliver to Chicago 60604 | All | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart
All | Rufus | Amazon Haul | Off to College | Books | Same-Day Delivery | Medical Care | Groceries | Pharmacy | Home Improvement | Customer Service | Amazon Basics | Best Sellers | NBA on Prime tips off October 24

## AnZhenJianZhuGongCheng

Visit the AnZhenJianZhuGongCheng storefront

★☆☆☆☆ | 0% positive lifetime (1 total ratings)



Never Underestimate A Lady Wh...

$9.99

Add to Cart

### About Seller

AnZhenJianZhuGongCheng is committed to providing each customer with the highest standard of customer service.

Have a question for AnZhenJianZhuGongCheng?

Ask a question

### Reviews

★☆☆☆☆ 1 out of 5

1 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 100% |

Learn more about how seller reviews work on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

1 total ratings, 1 with feedback for Lifetime

★☆☆☆☆ "Never received product as of 9-13-2025. Would like a refund of product!"

By Dianna Riley on September 13, 2025.

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** KunMingAnZhenJianZhuGongChengYouXianGongSi

**Business Address:**

重庆市城口县左岚乡
左岸村5组41号
重庆市
重庆
404100
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Customers who viewed items in your browsing history also viewed



*Marketplace page from which the address was taken*

## No. 42 — Artist Metal Painting Shop (Temu)

Disclosed address: No. 185-102, Weilishe, Huli District, Xiamen City (this address is only used as the address for delivery of legal documents of commercial entities); Huli District; 361006; Fujian Province, Xiamen City; China




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

9/4/25, 6:47 PM Artist Metal Painting Shop - Latest Styles & Trends | Temu




https://www.temu.com/artist-metal-painting-shop-m-634418219850231.html?goods_id=601099780076427&sticky_type=3&_x_sessn_id=lqtqmdekmp&... 1/7

*Marketplace page from which the address was taken*

## No. 45 — EPIFJGGN (Temu)

Disclosed address: No. 185, Yanshou, Yanshou Village, Longgiao Street, Chengxiang; District, Putian City, Fujian Province; Chengxiang District; 351100; Fujian Province, Putian City; China




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*






*Marketplace page from which the address was taken*

## No. 46 — MS Religious canvas (Temu)

Disclosed address: No. 118, Fengcuo, Shanting Village, Shanting Town, Xiuyu District,; Putian City, Fujian Province; Xiuyu District; 351152; Fujian Province, Putian City; China




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*




https://www.temu.com/ms-religious-canvas-m-634418215202091.html?goods_id=601101965747151&sticky_type=3&_x_sessn_id=lqtqmdekmp&refer... 1/7

*Marketplace page from which the address was taken*

## No. 47 — Jin Cheng Wu (Temu)

Disclosed address: No. 100, Shanggang, Gangli Village, Shanting Town, Xiuyu District,; Putian City, Fujian Province; Xiuyu District; 351152; Fujian Province, Putian City; China



*Google web search of the disclosed address*



*Google Maps*



*Baidu Maps (百度地图)*

9/4/25, 6:43 PM Jin Wu - Today's Deals - Shop Deals at Temu




https://www.temu.com/jin--wu-m-634418217035748.html?goods_id=601100166553913&sticky_type=3&_x_sessn_id=lqtqmdekmp&refer_page_name=... 1/7

*Marketplace page from which the address was taken*

## No. 48 — PureTee (Temu)

Disclosed address: RM A07, 1701-02 NEW TREND CENTRE, 704 PRINCE EDWARD RD; EAST, SAN PO KONG HONG KONG; Wong Tai Sin District; 999077; Hong Kong Special Administrative Region, Kowloon; China




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*






*Marketplace page from which the address was taken*

## No. 50 — jieshigongyi (Temu)

Disclosed address: No. 844, Tongxing Road, Shishi City, Fujian Province; Shishi; 362700; Fujian Province, Quanzhou City; China




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

9/5/25, 1:43 PM Jieshigongyi - Check Out Today's Deals Now - Shop Deals at Temu




https://www.temu.com/jieshigongyi-m-634418222735345.html?goods_id=601101377509162&sticky_type=3&_x_sessn_id=sdiwej76r6&refer_page_na... 1/4

*Marketplace page from which the address was taken*

## No. 51 — SUXIUGO (Temu)

Disclosed address: Room 505, Building 2, Ziquetai, No. 1033, Tuanjie Road, Xialin Street, Chengxiang District, Putian City, Fujian Province Chengxiang District; 351100; Fujian Province, Putian City; China




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*

9/5/25, 1:46 PM Suxiugo - Latest Styles & Trends | Temu




https://www.temu.com/suxiugo-m-634418223741797.html?goods_id=601101901532280&sticky_type=3&_x_sessn_id=sdiwej76r6&refer_page_name=... 1/5

*Marketplace page from which the address was taken*

## No. 52 — SPPsrseven (Temu)

Disclosed address: Room 804, Building 3, No. 189, Liyuan Middle Road, Gongchen Street, Licheng District, Putian City, Fujian Province; Licheng District; 351100; Fujian Province, Putian City; China




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*






*Marketplace page from which the address was taken*

## No. 53 — QHIFRBG (Temu)

Disclosed address: No. 183, Yanshou, Yanshou Village, Longqiao Street, Chengxiang District, Putian City, Fujian Province; Chengxiang District; 351100; Fujian Province, Putian City; China




*Google web search of the disclosed address*




*Google Maps*




*Baidu Maps (百度地图)*






*Marketplace page from which the address was taken*

## No. 54 — FFQGqiq (Temu)

Disclosed address: No. 14, Xiguo, Shanting Village, Shanting Town, Meizhou Bay North Shore Economic Development Zone, Putian City, Fujian Province; Xiuyu District; 351152; Fujian Province, Putian City; China




*Google web search of the disclosed address*




*Google Maps*



*Baidu Maps (百度地图)*






*Marketplace page from which the address was taken*

## No. 55 — EJGFNG (Temu)

Disclosed address: No. 187, Yanshou Village, Longqiao Street, Chengxiang District,; Putian City, Fujian Province; Chengxiang District; 351100; Fujian Province, Putian City China




*Google web search of the disclosed address*




*Google Maps*



*Baidu Maps (百度地图)*






*Marketplace page from which the address was taken*