# EXHIBIT C

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 1 | FuYangAoYingShangMaoYouXianGongSi | 0 | 阜阳奥赢商贸有限公司 (存续, USCC 91341200MA2TFNCP2N); 阜阳傲影商贸有限公司 (存续, USCC 91341204MA2UNHYG7K) | 阜阳奥赢商贸有限公司: 安徽省阜阳市颍州区万达华府 A2-9 号楼一单元 1001 室; 阜阳傲影商贸有限公司: 安徽省阜阳市颍泉区周棚街道办事处水岸明珠 11 号楼 3 单元 2707 室 | Fallback match at disclosed address | 阜阳奥赢商贸有限公司: 2026-05-15, 通过登记的住所或者经营场所无法联系的 [Could not be contacted at its registered domicile or place of business. Still listed; not removed as of Aug. 28, 2026.] |
| 2 | yunxixianjizhichenshangmaoyouxiangongsi | 1 | 郧西县继之辰商贸有限公司 (存续, USCC 91420322MAEP5T722R) | 郧西县继之辰商贸有限公司: 湖北省十堰市郧西县城关镇合和路 1 号双子楼(科创大厦)东楼 17 楼 1701 室-10054 工位 | MATCH (exact) | None found |
| 6 | bengbulianjianqizhongdiaozhuangyouxiangongsi | 0 | 蚌埠联建起重吊装有限公司 (存续, USCC 91340311MA2U13XA3G) | 蚌埠联建起重吊装有限公司: 安徽省蚌埠市淮上区中恒大厦 20 层 2010 号 | Fallback match at disclosed address | 蚌埠联建起重吊装有限公司: 2026-07-03, 通过登记的住所或者经营场所无法联系的 [Could not be contacted at its registered domicile or place of business. Still listed; not removed as of Aug. 28, 2026.] |
| 8 | guangzhouhuxuanshangmaoyouxiangongsi | 5 | 广州弧眩商贸有限公司 (存续, USCC 91440106MAEEW4PR0T); 广州沪璇商贸有限公司 (存续, USCC 91440106MAETBELX0H); 广州琥煊商贸有限公司 (存续, USCC 91440117MAKJ6UAP3B) … | 广州弧眩商贸有限公司: 广州市天河区黄埔大道西 33 号 15 楼 B4 室 Q640; 广州沪璇商贸有限公司: 广州市天河区黄村祠东里横巷 3 号 101 房 | NO match in first 2 | 广州弧眩商贸有限公司: 2026-02-04, 通过登记的住所或者经营场所无法联系的 [Could not be contacted at its registered domicile or place of business. Still listed; not removed as of Aug. 28, 2026.]<br>广州弧眩商贸有限公司: 2026-01-06, 通过登记的住所或者经营场所无法联系的 [Could not be contacted at its registered domicile or place of business. Still listed; not removed as of Aug. 28, 2026.] |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 9 | yuqingqinyanfanranshangmaoyouxiangongsi | 1 | 余庆沁鄢梵苒商贸有限公司 (注销, USCC 91520329MAEMX3UG24) | 余庆沁鄢梵苒商贸有限公司: 贵州省遵义市余庆县白泥镇经济开发区电子商务产业园 A 栋一楼 1-366 | MATCH (exact) but entity cancelled | None found |
| 10 | binzhoujiubanshangmaoyouxiangongsi | 1 | 滨州久伴商贸有限公司 (存续, USCC 91371625MAEJGK2E9A) | 滨州久伴商贸有限公司: 山东省滨州市博兴县店子镇辛朱村 136 号 | MISMATCH | 滨州久伴商贸有限公司: 2026-07-06, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.] |
| 12 | haiyangyuxiangshuichanyouxiangongsi | 1 | 海阳玉翔水产有限公司 (存续, USCC 91370687MACURU2LX6) | 海阳玉翔水产有限公司: 山东省烟台市海阳市东村街道公园街 2 号 | MISMATCH | None found |
| 13 | huanggangshiaoshupangshangmaoyouxiangongsi | 1 | 黄冈市傲姝滂商贸有限公司 (存续, USCC 91421127MAEKRKQQ03) | 黄冈市傲姝滂商贸有限公司: 湖北省黄冈市黄梅县经济开发区创业大道南侧智慧物流园数据中心一楼电商区 B00258（自主申报） | MATCH (exact) | None found |
| 15 | ningchengxianzemushangmaohang | 0 | 宁城县泽沐锅炉安装有限公司 (存续, USCC 91150429MAKB1K2571); 宁城县泽木商贸行 (注销, USCC 91150429MA7JB0EU15); 宁城县泽牧久远饲料服务站 (注销, USCC 92150429MAC5MH9G8M) … | 宁城县泽沐锅炉安装有限公司: 内蒙古自治区赤峰市宁城县天义镇友谊路西侧（京北社区 11 号厅）; 宁城县泽木商贸行: 内蒙古自治区赤峰市宁城县天义镇打虎石路南鼎盛家园三期 11 号厅 | Fallback match at disclosed address, entity cancelled | None found |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 16 | zhengzhouqijingwuliuyunshuyouxiangongsi | 1 | 郑州琪净物流运输有限公司 (存续, USCC 91410182MADWGCD7XR) | 郑州琪净物流运输有限公司: 河南省郑州市荥阳市城关乡宫寨村新融城科技有限公司 1 号 | MATCH (exact) | None found |
| 17 | GuangShuiShiChiSiWenShangMaoYouXianGongSi | 1 | 广水市池丝文商贸有限公司 (存续, USCC 91421381MAE6UJHJ72) | 广水市池丝文商贸有限公司: 湖北省随州市广水市应山办事处广场路 3-6 号 C-2539 号 | MISMATCH | None found |
| 18 | chibishifeixihuidianzishangwuyouxiangongsi | 1 | 赤壁市飞溪汇电子商务有限公司 (注销, USCC 91422302MAENQR05XU) | 赤壁市飞溪汇电子商务有限公司: 湖北省咸宁市赤壁市赤马港街道木田畈社区舒家村四组 139 号 | MATCH (exact) but entity cancelled | None found |
| 19 | jinhuashishuzhengfushiyouxiangongsi | 1 | 金华市淑徵服饰有限公司 (存续, USCC 91330782MA8GQXWR29) | 金华市淑徵服饰有限公司: 浙江省义乌市江东街道山口小区 12 幢 3 单元 3 楼 304（自主申报） | MISMATCH | 金华市淑徵服饰有限公司: 2026-07-01, 2025 年度未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.] |
| 20 | guangzhoufumaishangmaoyouxiangongsi | 5 | 广州扶脉商贸有限公司 (存续, USCC 91440111MADNW3F77Y); 广州富迈商贸有限公司 (存续, USCC 91440111MAEHN4696W); 广州敷麦商贸有限公司 (存续, USCC 91440114MACRNJ8R25) … | 广州扶脉商贸有限公司: 广州市白云区石潭路 112 号 206 房; 广州富迈商贸有限公司: 广州市白云区松南路 7 号之二、7 号之三 201-C75 房 | NO match in first 2 | 广州扶脉商贸有限公司: 2026-07-07, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.] |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 21 | guangzhouxuxuan shangmaoyouxian gongsi | 10 | 广州许萱商贸有限公司 (存续, USCC 91440106MAC8PF8120); 广州栩璇商贸有限公司 (存续, USCC 91440106MAEPH2RB5T); 广州旭轩商贸有限公司 (存续, USCC 91440101MA59M9Y059) … | 广州许萱商贸有限公司: 广州市天河区岑村圣堂大街 8 号二层 F 区 0919 房; 广州栩璇商贸有限公司: 广州市天河区石溪永宁街 8 号 102 房 | NO match in first 2 | 广州许萱商贸有限公司: 2025-04-22, 通过登记的住所或者经营场所无法联系的 [Could not be contacted at its registered domicile or place of business. Still listed; not removed as of Aug. 28, 2026.] 广州许萱商贸有限公司: 2025-04-03, 通过登记的住所或者经营场所无法联系的 [Could not be contacted at its registered domicile or place of business. Still listed; not removed as of Aug. 28, 2026.] 广州栩璇商贸有限公司: 2026-07-13, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.] |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 23 | GuangZhouYiWuShangMaoYouXianGongSi | 20 | 广州毅武商贸有限公司 (存续, USCC 91440118MACC27DL4G); 广州易晤商贸有限公司 (存续, USCC 91440101MA9UW4WA15); 广州伊舞商贸有限公司 (存续, USCC 91440114MAD035LJXA) … | 广州毅武商贸有限公司: 广州市增城区新塘镇花园东路 9 号 104 房; 广州易晤商贸有限公司: 广州市白云区江村镇二二巷 1 号 301 房 | NO match in first 2 | 广州易晤商贸有限公司: 2026-07-07, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.]<br>广州易晤商贸有限公司: 2022-08-23, 通过登记的住所或者经营场所无法联系的 [Could not be contacted at its registered domicile or place of business. Still listed; not removed as of Aug. 28, 2026.] |
| 25 | yichunyuxiqishangmaoyouxiangongsi | 1 | 宜春羽西柒商贸有限公司 (存续, USCC 91360902MAEPRXGT1W) | 宜春羽西柒商贸有限公司: 江西省宜春市袁州区宜春南路 136 号 51 号楼润达百货 5 层 5288 室 | MATCH (exact) | 宜春羽西柒商贸有限公司: 2026-07-06, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.] |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 27 | HengYangXianZhaoWanShangMaoYouXianGongSi | 1 | 衡阳县兆挽商贸有限公司 (存续, USCC 91430421MAE2HN632R) | 衡阳县兆挽商贸有限公司: 湖南省衡阳市衡阳县西渡镇建设南路 318 号 | MISMATCH | 衡阳县兆挽商贸有限公司: 2026-07-08, 未按照《企业信息公示暂行条例》第八条第一款规定的期限公示年度报告 [Failed to publish its annual report within the period prescribed by Article 8, paragraph 1, of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.]<br>衡阳县兆挽商贸有限公司: 2025-07-07, 未按照《企业信息公示暂行条例》第八条第一款规定的期限公示年度报告 [Failed to publish its annual report within the period prescribed by Article 8, paragraph 1, of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.] |
| 28 | guangzhouxiangxianshangmaoyouxiangongsi | 12 | 广州祥贤商贸有限公司 (存续, USCC 91440101MA9URKB53T); 广州香仙商贸有限公司 (存续, USCC 91440101MA9Y1LYDXL); 广州响闲商贸有限公司 (存续, USCC 91440111MADLGGXX0B) … | 广州祥贤商贸有限公司: 广州市天河区尚塬街 3 号 2111 房（仅限办公）; 广州香仙商贸有限公司: 广州市南沙区南沙街九王庙村湖秀街 2 号 | NO match in first 2 | 广州香仙商贸有限公司: 2025-09-26, 通过登记的住所或者经营场所无法联系的 [Could not be contacted at its registered domicile or place of business. Still listed; not removed as of Aug. 28, 2026.] |
| 30 | wenxixianyongxizhongzhiyangzhichanggerenduzi | 1 | 闻喜县永喜种植养殖场（个人独资） (存续, USCC 91140823MA0JTRCN0Q) | 闻喜县永喜种植养殖场（个人独资）: 闻喜县后宫乡柏底村村东 1500 米处 | MISMATCH (same village, different locator) | None found |
| 31 | luoheminfushangmaoyouxiangongsi | 1 | 漯河民福商贸有限公司 (存续, USCC 91411104692152768F) | 漯河民福商贸有限公司: 漯河市召陵区东城产业集聚区第一标房区综合楼 | MISMATCH | 漯河民福商贸有限公司: 2026-07-06, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| | | | | | | [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.]<br>漯河民福商贸有限公司: 2025-07-03, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.]<br>漯河民福商贸有限公司: 2024-07-03, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.]<br>漯河民福商贸有限公司: 2023-07-03, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.]<br>漯河民福商贸有限公司: 2022-07-04, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| | | | | | | [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.] |
| 33 | chibishiyashimao kejiyouxiangongsi | 1 | 赤壁市亚诗茂科技有限公司 ( 注销, USCC 91422302MAEPJKQF1G) | 赤壁市亚诗茂科技有限公司: 湖北省咸宁市赤壁市赤马港街道木田畈社区舒家村四组 154 号 | MISMATCH plus entity cancelled | None found |
| 34 | QinHuangDaoChengJiShangMaoYouXianGongSi | 0 | 四川诚优即商贸有限公司 (存续, USCC 91511303MA64KAAYX0); 萍乡市博杰实业有限公司 (存续, USCC 91360323MA35QGTK0H); 广州澄际商贸有限公司 (存续, USCC 914401013313312267) … | 四川诚优即商贸有限公司: 四川省南充市高坪区物流大道三段 9 号; 萍乡市博杰实业有限公司: 江西省萍乡市芦溪县芦溪镇卫前社区站前一路 6 号 | N/A (0 matches) | None found |
| 36 | JiNingChenHongZhuangShiGongChengYouXianGongSi | 2 | 济宁宸弘装饰工程有限公司 ( 存续, USCC 91370811MAC71G5H54); 济宁晨弘装饰工程有限公司 (注销, USCC 91370800MA3TAGF10X) | 济宁宸弘装饰工程有限公司: 山东省济宁市任城区南张街道玄楼村 217 号; 济宁晨弘装饰工程有限公司: 济宁高新区杨柳国际新城东三路 8 号 | NO match in first 2 | None found |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 39 | foshanshiyishuizi kejiyouxiangongsi | 1 | 佛山市宜税孜科技有限公司 (存续, USCC 91440605MAE557FB9J) | 佛山市宜税孜科技有限公司: 广东省佛山市南海区里水镇赤山村赤山大道 43 号之 1 号 1703 房（住所申报） | MISMATCH | 佛山市宜税孜科技有限公司: 2026-07-15, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.] 佛山市宜税孜科技有限公司: 2025-07-04, 未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告的 [Failed to publish its annual report within the period prescribed by Article 8 of the Interim Regulations on Enterprise Information Disclosure. Still listed; not removed as of Aug. 28, 2026.] |
| 40 | guangzhouluzhens hangmaoyouxiang ongsi | 11 | 广州路祯商贸有限公司 (存续, USCC 91440101MA9UWAA65J); 广州鹿圳商贸有限公司 (存续, USCC 91440106MAK8FBCN7C); 广州禄真商贸有限公司 (存续, USCC 91440101MA9Y92E67A) … | 广州路祯商贸有限公司: 广州市白云区三元里大街二十一巷 13 号; 广州鹿圳商贸有限公司: 广州市天河区华观路 1933 号之一 605 房 R25 | NO match in first 2 | 广州鹿圳商贸有限公司: 2026-05-22, 通过登记的住所或者经营场所无法联系的 [Could not be contacted at its registered domicile or place of business. Still listed; not removed as of Aug. 28, 2026.] |
| 42 | Xiamenshihuliqul onghuitaijiancaidi an | 1 | 厦门市湖里区龙惠泰建材店 (存续, USCC 92350206MA8RDY8W2D) | 厦门市湖里区龙惠泰建材店: (no registered address on record) | UNVERIFIABLE, registry address empty | None found |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 45 | Putianshichengxiangqulonggiaojiedaolinlishipinjingyingbu(getigon | 0 | 莆田市城厢区龙桥街道林丽食品经营部（个体工商户）(注销, USCC 92350302MAEH5AE01W) | 莆田市城厢区龙桥街道林丽食品经营部（个体工商户）: 福建省莆田市城厢区龙桥街道延寿村延寿 185 号 | Fallback match at disclosed address, entity cancelled | None found |
| 46 | gshanghu) | 0 | None on record | , | N/A (0 matches) | None found |
| 47 | Putianshimeizhouwanbeianjingjikaifaqushantingxuanmingdianzishangwuzhongxin | 0 | 莆田市湄洲湾北岸经济开发区山亭轩明电子商务中心 (存续, USCC 92350305MAC71KJQ9C) | 莆田市湄洲湾北岸经济开发区山亭轩明电子商务中心: 福建省莆田市秀屿区山亭镇山亭村冯厝 118 号 | Fallback match, address conflict | None found |
| 48 | Putianshimeizhouwanbeianjingjikaifaqushantingjiaweidianzishangwuzhongxin(getigongshanghu) | 0 | 莆田市湄洲湾北岸经济开发区山亭嘉伟电子商务中心（个体工商户）(存续, USCC 92350305MADCFHWF6K) | 莆田市湄洲湾北岸经济开发区山亭嘉伟电子商务中心（个体工商户）: 福建省莆田市秀屿区山亭镇港里村上港 100 号 | Fallback match, address conflict | None found |
| 50 | Putianshiiuyuqudongjscisyoubsobeying ouenyongpindin | 0 | None on record | , | N/A (0 matches) | None found |
| 51 | Shishishilingxiuzhenjiewen longfuzhuangchang(getigongshanghu) | 1 | 石狮市灵秀镇揭文龙服装厂（个体工商户）(存续, USCC 92350581MADD960E28) | 石狮市灵秀镇揭文龙服装厂（个体工商户）: 福建省石狮市同兴路 844 号 | MISMATCH | None found |
| 52 | putianshichengxiangqusuxiuhuifushishang hang (getigongs hanghu) | 0 | None on record | , | N/A (0 matches) | None found |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 53 | Putianshixinranyuewang luokeji Co., Ltd. | 0 | 莆田市鑫冉玥网络科技有限公司 (存续, USCC 91350304MACGDDJ785) | 莆田市鑫冉玥网络科技有限公司: 福建省莆田市荔城区拱辰街道荔园中路 189 号 3 号楼 804 室 | Fallback match, address conflict | None found |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 54 | Putianshichengxiangqulongqiaojiedaolinlitiyuyongpinjingyingbu(getigongshanghu) | 0 | 五华区临丽体育用品经营部 (存续, USCC 92530102MAC4NJY81A); 莆田市荔城区镇海街道黄林丽体育用品经营部 (存续, USCC 92350304MACP3Y1N57); 仙游县大济美福家具店 (存续, USCC 92350322MA8RR64G6G) … | 五华区临丽体育用品经营部: 云南省昆明市五华区滇缅大道西城时代购物中心 A6 地块 1 层 C-104 号商铺; 莆田市荔城区镇海街道黄林丽体育用品经营部: 福建省莆田市荔城区镇海街道胜利北街 1436 号 302 室 | Fallback multi-match, no address match | 五华区临丽体育用品经营部: 2025-07-11, 个体工商户未按照《个体工商户年度报告办法》规定报送年度报告 [Individual business failed to submit its annual report as required by the Measures for the Annual Reporting of Individual Industrial and Commercial Households. Still listed; not removed as of Aug. 28, 2026.] 五华区临丽体育用品经营部: 2024-07-11, 个体工商户未按照《个体工商户年度报告办法》规定报送年度报告 [Individual business failed to submit its annual report as required by the Measures for the Annual Reporting of Individual Industrial and Commercial Households. Still listed; not removed as of Aug. 28, 2026.] 五华区临丽体育用品经营部: 2023-07-14, 个体工商户未按照《个体工商户年度报告办法》规定报送年度报告 [Individual business failed to submit its annual report as required by the Measures for the Annual Reporting of Individual Industrial and Commercial Households. Still listed; not removed as of Aug. 28, 2026.] 莆田市荔城区镇海街道黄林丽体育用品经营部: 2026-07-03, 个体工商户未按照《个体工商户年度报告办法》规定报送年度报告的 [Individual business failed to submit its annual report as required by the Measures for the Annual Reporting of Individual Industrial and Commercial Households. Still listed; not removed as of Aug. 28, 2026.] |

| No. | Search term run | Match count | Registry entity or entities returned | Registered address of record | Address match? | 经营异常名录 (Abnormal Operation Register) findings |
|---|---|---|---|---|---|---|
| 55 | Putianshidingangkeji Co., Ltd. | 0 | None on record | , | N/A (0 matches) | None found |